[No. 20666–4–I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD JOHN McGILL, *Defendant,* SANDRA ALICE LEIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03841–4, Anthony P. Wartnik, J., entered June 10, 1987. *Reversed* and *remanded with instructions* by unpublished opinion per Winsor, J., concurred in by Scholfield, J., and Grosse, A.C.J.

[No. 21125–1–I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JORGE KINDELAN–SALAZAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01122–1, John M. Darrah, J., entered September 24, 1987. *Reversed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.

[No. 19914–5–I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CLINTON SHELTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01613–5, Warren Chan, J., entered January 13, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.